**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Reno Contracting, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FDBA  Reno ESP <br> FDBA  Reno Solar <br> FDBA  Reno TI |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 33-0570635 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7584 Metropolitan Dr. <br> Suite 100 <br> San Diego, CA 92108 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.renocon.com |

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Reno Contracting, Inc.
      Name

Case number *(if known)* _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | | Relationship _____ |
| District | _____ | When | _____ | Case number, if known _____ |

Debtor  Reno Contracting, Inc.

Name

Case number (*if known*) _____

**11.  Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Reno Contracting, Inc. | Case number (*if known*) |
|--------|------------------------|--------------------------|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 11, 2019___
MM / DD / YYYY

**X** /s/ M. Reno
Signature of authorized representative of debtor

M. Reno
Printed name

Title ___President___

**18. Signature of attorney**

**X** /s/ Michael T. O'Halloran CLS-B No.
Signature of attorney for debtor

Date ___July 11, 2019___
MM / DD / YYYY

Michael T. O'Halloran CLS-B No. 99085
Printed name

Law  Office of Michael T. O'Halloran
Firm name

110 West A Street, Suite 1100
San Diego, CA 92101-4908
Number, Street, City, State & ZIP Code

Contact phone ___619.233.1727___     Email address ___mto@debtsd.com___

No. 99085 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Reno Contracting, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 11, 2019     **X** /s/ M. Reno
                                   Signature of individual signing on behalf of debtor

                                     M. Reno
                                     Printed name

                                     President
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     Reno Contracting, Inc.

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................... $     0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................. $     5,105,000.00

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................. $     5,105,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     10,304,130.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     3,609,746.00

4. **Total liabilities** .......................................................................................................................
   Lines 2 + 3a + 3b

$     13,913,876.00

| Fill in this information to identify the case: |
|---|

Debtor name    Reno Contracting, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   Mission Federal Credit Union | Checking and savings | 0148 | $85,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $85,000.00 |
|---|

**Part 2:**    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 6,274,000.00 | - | 6,274,000.00 | =.... | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Reno Contracting, Inc.
_____
Name

Case number *(If known)* _____

**12.   Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity: | % of ownership | |
| 15.1. | MMG Investments LLC | 46 % | Liquidation | Unknown |
| 15.2. | Yuma Investment Partners | 45 % | Liquidation | Unknown |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: | | |

**17.   Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    Reno Contracting, Inc.                                    Case number *(If known)* _____
_____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. 2010 Ford F-250 130,000 miles | $0.00 | | Unknown |
|---|---|---|---|
| 47.2. 8 used mobile office trailers | $0.00 | Liquidation | $20,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $20,000.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

| 61. Internet domain names and websites<br>www.renocontracting.com | $0.00 | Liquidation | $0.00 |
|---|---|---|---|

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

Debtor   Reno Contracting, Inc.                    Case number *(If known)* _____
        Name

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

                                                          **Current value of debtor's interest**

**71.**    **Notes receivable**
     Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

| | | |
|---|---|---|
| Approx. net operating loss | Tax year 2017 | $5,000,000.00 |

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**
     A customer, WTI, had a 300 unit apt project in San Jose, CA. It did not pay for all the work done. Bonding company may have settled all claims.              Unknown

| | |
|---|---|
| **Nature of claim** | Breach of contract |
| **Amount requested** | $7,000,000.00 |

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| Restitution being paid by Bart Provo. Face amount $25,000. | Unknown |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $5,000,000.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor    Reno Contracting, Inc.
_____    Case number *(If known)* _____
Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor   Reno Contracting, Inc.                                          Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $85,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,105,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,105,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

Debtor 1          M. Reno
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number
(if known)          _____

☐ Check if this is an
  amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br><br>☐ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify the case:**

Debtor name   Reno Contracting, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **1st West Capital LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>All assets | $432,880.00 | Unknown |

1250 E. Hallandale Beach Blvd
Ste. 40
Hallandale Beach, FL 33009
Creditor's mailing address

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2019
**Last 4 digits of account number**
0082

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | | | |
|---|---|---|---|---|
| **2.2** | **Capstone Credit**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>All assets | Unknown | Unknown |

810 Seventh Ave.
27th Fl
New York, NY 10019
Creditor's mailing address

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2019
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Reno Contracting, Inc.
_____    Case number (if know) _____
         Name

■ No
☐ Yes. Specify each creditor,        ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                                ■ Disputed

---

| 2.3 | Complete Business Sol Gp | Describe debtor's property that is subject to a lien | $900,000.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
All assets

22 N 3rd Street
Philadelphia, PA 19106
Creditor's mailing address

Describe the lien
UCC-1

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2019
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | E.D.D. | Describe debtor's property that is subject to a lien | $30,000.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
All assets

Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280
Creditor's mailing address

Describe the lien
Tax lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2018-19
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | Region Capital | Describe debtor's property that is subject to a lien | $1,256,250.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
All assets

1022 Avenue M
Brooklyn, NY 11230
Creditor's mailing address

Describe the lien
UCC-1

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 4

Debtor    Reno Contracting, Inc.            Case number *(if know)* _____
Name

**Date debt was incurred**

2019

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | TCA Global Credit | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name

3960 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169

Creditor's mailing address

All assets

**Describe the lien**

UCC-1

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | Thunder-Jones Contracting Grou | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name

2515 Pioneer Ave #1
Vista, CA 92081

Creditor's mailing address

All assets

**Describe the lien**

Judgment lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     

Debtor    Reno Contracting, Inc.
_____          Case number (if known) _____
Name

| 2.8 | Travelers Casualty and Surety | Describe debtor's property that is subject to a lien | $6,200,000.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
All assets

1 Tower Sq.
Hartford, CT 06183
Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
2018

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | Western Alliance Bank | Describe debtor's property that is subject to a lien | $1,485,000.00 | Unknown |

Creditor's Name

Describe debtor's property that is subject to a lien
Membership in Yuma Inv. Partners

2700 W. Sahara Ave
Las Vegas, NV 89102
Creditor's mailing address

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
2018

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $10,304,130.00 |

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

| Fill in this information to identify the case: |
|---|

Debtor name    Reno Contracting, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | A&D Fire Sprinklers, Inc. | ☐ Contingent | |
| | 7130 Convoy Court | ☐ Unliquidated | |
| | San Diego, CA 92111 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | A.O. Reed & Co. | ☐ Contingent | |
| | 4777 Ruffner Street | ☐ Unliquidated | |
| | San Diego, CA 92111 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | ACC Business | ☐ Contingent | |
| | P.O. Box 105306 | ☐ Unliquidated | |
| | Atlanta, GA 30348-5306 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Acme Safety & Supply Corp. | ☐ Contingent | |
| | 1616 West Avenue | ☐ Unliquidated | |
| | National City, CA 91950 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    Reno Contracting, Inc.    Case number (if known) _____

Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.5**

Nonpriority creditor's name and mailing address
AcousticWorks, Inc.
PO BOX 460896
Escondido, CA 92046

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.6**

Nonpriority creditor's name and mailing address
ADC Corp
1545 Hotel Circle South #120
San Diego, CA 92108

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.7**

Nonpriority creditor's name and mailing address
Aecom Technical Services, Inc.
1178 Paysphere Circle
Chicago, IL 60674

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.8**

Nonpriority creditor's name and mailing address
AEL Construction, Inc.
505 State Place
Escondido, CA 92029

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.9**

Nonpriority creditor's name and mailing address
Agility Recovery Solutions
PO Box 733788
Dallas, TX 75373

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.10**

Nonpriority creditor's name and mailing address
Alcorn Fence Company
6445 Pedley Rd
Riverside, CA 92509

Date(s) debt was incurred  2014

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Law suit

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.11**

Nonpriority creditor's name and mailing address
Alexander O. Trepte
8431 Paseo Del Ocaso
La Jolla, CA 92037

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   Reno Contracting, Inc.                                            Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | Unknown |

**Nonpriority creditor's name and mailing address**

3.12
Allstar Electric
1050 Pioneer Way
El Cajon, CA 92020

**Date(s) debt was incurred** _2016_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Law suit_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.13
Alta Land Surveying, Inc.
9517 Grossmont Summit Dr
La Mesa, CA 91941

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.14
American Fence Co. Inc.
9944 Prospect Ave.
Santee, CA 92071

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.15
American Marble
1280 North Melrose Drive
Vista, CA 92083

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.16
American Scaffold
PO BOX 13835
San Diego, CA 92170

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.17
American Stair Corporation
3510 Calumet Avenue
Hammond, IN 46320

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.18
AMPCO Contracting, Inc.
1328 Allec Street
Anaheim, CA 92805

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Debtor    Reno Contracting, Inc.             Case number (if known) _____
       Name

| | |
|---|---|
| **3.19** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*       Unknown |
| Apex Contracting & Restoration | ☐ Contingent |
| 4421 Glacier Avenue | ☐ Unliquidated |
| San Diego, CA 92120 | ☐ Disputed |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.20** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*       Unknown |
| Applied Restoration Inc. | ☐ Contingent |
| 3562 Grove Street | ☐ Unliquidated |
| Lemon Grove, CA 91945 | ☐ Disputed |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.21** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*       Unknown |
| Architects Mosher Drew | ☐ Contingent |
| 1775 Hancock Street, Ste. 150 | ☐ Unliquidated |
| San Diego, CA 92110 | ☐ Disputed |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.22** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*       Unknown |
| Assoc. Subcontractors Alliance | ☐ Contingent |
| P.O. Box 600723 | ☐ Unliquidated |
| San Diego, CA 92160 | ☐ Disputed |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.23** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*       Unknown |
| Associate Mechanical Contract | ☐ Contingent |
| 622 South Vinewood Street | ☐ Unliquidated |
| Escondido, CA 92029 | ☐ Disputed |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.24** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*       Unknown |
| Axis Interiors, Inc. | ☐ Contingent |
| 1265 Greenfield Drive, Suite B | ☐ Unliquidated |
| El Cajon, CA 92040 | ☐ Disputed |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.25** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*       Unknown |
| B&B Electric | ☐ Contingent |
| 2353 La Mirada Dr | ☐ Unliquidated |
| Vista, CA 92081 | ☐ Disputed |
| **Date(s) debt was incurred** 2018 | **Basis for the claim:** Law suit |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor      Reno Contracting, Inc.                                        Case number (if known) _____
            Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.26**

Nonpriority creditor's name and mailing address
B&B Nurseries, Inc.
9505 Cleveland Avenue
Riverside, CA 92503

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.27**

Nonpriority creditor's name and mailing address
Baker Electric, Inc.
1298 Pacific Oaks Place
Escondido, CA 92029-2900

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.28**

Nonpriority creditor's name and mailing address
Balestreri,Potocki, & Holmes
401 B Street, Ste. 1470
San Diego, CA 92101

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal fees

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.29**

Nonpriority creditor's name and mailing address
BayCity Framers
13755 E. Herndon Ave.
Clovis, CA 93619

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.30**

Nonpriority creditor's name and mailing address
Bergelectric Corp.
650 Opper St.
Escondido, CA 92029

Date(s) debt was incurred  2017

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Money owing

Is the claim subject to offset? ■ No  ☐ Yes

$117,342.00

---

**3.31**

Nonpriority creditor's name and mailing address
Betz Concrete, Incorporated
737 W. 4th Avenue
Escondido, CA 92025

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.32**

Nonpriority creditor's name and mailing address
Blacklion Enterprises, Inc
9825 Magnolia Ave
Riverside, CA 92503

Date(s) debt was incurred  2017

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Law suit

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor   Reno Contracting, Inc.

Case number (if known)  _____

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**3.33** Nonpriority creditor's name and mailing address
BMP Contractors, Inc.
11197 Bonnie View Ave
Moreno Valley, CA 92555

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.34** Nonpriority creditor's name and mailing address
Bonelli & Brown Acoustics
PO Box 758
Lakeside, CA 92040

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.35** Nonpriority creditor's name and mailing address
Borneman Plastering, Inc.
13757 Hwy 8 Business
El Cajon, CA 92021

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.36** Nonpriority creditor's name and mailing address
Brassington Caseworks, Inc.
1035 Pioneer Way, Suite 150
El Cajon, CA 92020

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.37** Nonpriority creditor's name and mailing address
Brian Cox Mechanical, Inc.
12155 Kirkham Road
Poway, CA 92064

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.38** Nonpriority creditor's name and mailing address
Burkett & Wong Engineering
9449 Balboa Ave, Ste. 270
San Diego, CA 92123

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.39** Nonpriority creditor's name and mailing address
Burner Sheet Metal, LLC
9749 Cactus Avenue, Ste. A
Lakeside, CA 92040

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | Reno Contracting, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Burtech Pipeline, Inc. | ☐ Contingent | |
| 102 Second Street | ☐ Unliquidated | |
| Encinitas, CA 92024-3203 | ☐ Disputed | |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Butterfield Schechter, Inc. | ☐ Contingent | |
| 10021 Willow Creek Rd. | ☐ Unliquidated | |
| Ste. 200 | ☐ Disputed | |
| San Diego, CA 92131-3961 | | |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Services | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Buxcon Sheet Metal, Inc. | ☐ Contingent | |
| 11222 Woodside Avenue North | ☐ Unliquidated | |
| Santee, CA 92071 | ☐ Disputed | |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Cabral Metalfab & Fence, Inc. | ☐ Contingent | |
| 3521 Moccasin Ave. | ☐ Unliquidated | |
| San Diego, CA 92117 | ☐ Disputed | |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Cabrillo Hoist | ☐ Contingent | |
| PO Box 3179 | ☐ Unliquidated | |
| Rancho Cucamonga, CA 91729 | ☐ Disputed | |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|
| Caldwell Glass Inc | ☐ Contingent | |
| 8862 Winter Gardens Blvd | ☐ Unliquidated | |
| Lakeside, CA 92040 | ☐ Disputed | |
| **Date(s) debt was incurred** 2019 | **Basis for the claim:** Law suit | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Caldwell Specialties, Inc. | ☐ Contingent | |
| 12345 Mapleview Street  #1 | ☐ Unliquidated | |
| Lakeside, CA 92040 | ☐ Disputed | |
| **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   Reno Contracting, Inc.

Case number (if known)

Name

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Calif Sheet Metal Works, Inc.<br>1020 N. Marshall Avenue<br>El Cajon, CA 92020<br><br>**Date(s) debt was incurred** _____<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Breach of Contract<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>California Comfort Sys.USA,Inc<br>7740 Kenamar Court<br>San Diego, CA 92121<br><br>**Date(s) debt was incurred**  2018-19<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Breach of Contract<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| | | | |
|---|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address**<br>CAP Construction<br>P.O. Box 8726<br>Chula Vista, CA 91912<br><br>**Date(s) debt was incurred**  2018-19<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Breach of Contract<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| | | | |
|---|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Capo Valley Fireside<br>26401 Via De Anza<br>San Juan Capistrano, CA 92675<br><br>**Date(s) debt was incurred**  2018-19<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Breach of Contract<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| | | | |
|---|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Carroll Metal Works, Inc.<br>740 W. 16th Street<br>National City, CA 91950<br><br>**Date(s) debt was incurred**  2018-19<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Breach of Contract<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| | | | |
|---|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>Casper Company<br>3825 Bancroft Dr. Ste. 105<br>Spring Valley, CA 91977<br><br>**Date(s) debt was incurred**  2018-19<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Breach of Contract<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>CBSG<br>22 N. Third St.<br>Philadelphia, PA 19106<br><br>**Date(s) debt was incurred**  2018<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $587,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Reno Contracting, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Cement Cutting, Inc.<br>3610 Hancock Street<br>San Diego, CA 92110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2018-19_ | **Basis for the claim:** _Breach of Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Centaur General Engineering<br>2166 Victoria Park Terrace<br>Alpine, CA 91901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2018-19_ | **Basis for the claim:** _Breach of Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Centrex Data Corporation<br>3131 Camino del Rio North<br>Ste. 1400<br>San Diego, CA 92108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2018-19_ | **Basis for the claim:** _Breach of Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Certified Concrete, Inc.<br>2317 Auto Park Way<br>Escondido, CA 92029 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2018-19_ | **Basis for the claim:** _Breach of Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Chute Systems<br>33380 Zeiders Road #106<br>Menifee, CA 92584 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2018-19_ | **Basis for the claim:** _Breach of Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Cintas Corporation  No. 3<br>P.O. Box 740855<br>Cincinnati, OH 92108-4341 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2018-19_ | **Basis for the claim:** _Breach of Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Cintas FAS Lockbox 636525<br>P.O. Box 636525<br>Cincinnati, OH 45263-6525 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2018-19_ | **Basis for the claim:** _Breach of Contract_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  Reno Contracting, Inc.                                    Case number (if known) _____
         _____
              Name

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**3.61**

**Nonpriority creditor's name and mailing address**
City Electric Works Inc.
5173 Waring Road #172
San Diego, CA 92120

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.62**

**Nonpriority creditor's name and mailing address**
City of San Diego
PO Box 121536
San Diego, CA 92112-1536

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.63**

**Nonpriority creditor's name and mailing address**
CJ's Interiors, Inc.
7777 Alvarado Road, Ste. 308
La Mesa, CA 91942

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.64**

**Nonpriority creditor's name and mailing address**
Clark Steel Fabricators, Inc.
P.O. Box 1370
Lakeside, CA 92040

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.65**

**Nonpriority creditor's name and mailing address**
Clauss Construction
9911 Maine Avenue
Lakeside, CA 92040

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.66**

**Nonpriority creditor's name and mailing address**
Coast Waste Management Inc.
P.O. Box 947
Carlsbad, CA 92018-0947

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.67**

**Nonpriority creditor's name and mailing address**
Collins Plumbing, Inc.
8130 Commercial Street
La Mesa, CA 91942

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Reno Contracting, Inc.
_____          Case number (if known) _____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Comlink Lasercare | ☐ Contingent | |
| | 5674 El Camino Real, Ste. B | ☐ Unliquidated | |
| | Carlsbad, CA 92008 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Comprehensive Glass Work | ☐ Contingent | |
| | 6950 El Cajon Blvd | ☐ Unliquidated | |
| | San Diego, CA 92115 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Concrete Contractors Interst. | ☐ Contingent | |
| | 12599 Stotler Court | ☐ Unliquidated | |
| | Poway, CA 92064 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Concrete Designs, Inc. | ☐ Contingent | |
| | 3650 S. Broadmont Drive | ☐ Unliquidated | |
| | Tucson, AZ 85713-5247 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Concrete North | ☐ Contingent | |
| | 10695 Twin Cities Road | ☐ Unliquidated | |
| | Galt, CA 95632 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Construction Testing & Eng | ☐ Contingent | |
| | 1441 Montiel Rd #115 | ☐ Unliquidated | |
| | Escondido, CA 92026 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2019 | **Basis for the claim:** Law suit | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Cooper Electric | ☐ Contingent | |
| | 1943 Friendship Drive, Ste. F | ☐ Unliquidated | |
| | El Cajon, CA 92020 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  Reno Contracting, Inc.
_____
Name
Case number (if known) _____

| | | |
|---|---|---|
| **3.75** | **Nonpriority creditor's name and mailing address** | Unknown |

Cosco Fire Protection, Inc.
4990 Greencraig Lane
San Diego, CA 92123

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address** | Unknown |

Countywide Mechanical
1400 N. Johnson Ave, Suite 114
El Cajon, CA 92020

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.77** | **Nonpriority creditor's name and mailing address** | Unknown |

Cox Communications San Diego
PO Box 53214
Phoenix, AZ 85072-3214

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility services

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.78** | **Nonpriority creditor's name and mailing address** | Unknown |

Criterion Systems, Inc.
34700 Pacific Coast Hwy
Ste 206
Capistrano Beach, CA 92624

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.79** | **Nonpriority creditor's name and mailing address** | Unknown |

Crum & Forster Insurance
1 City Blvd E #350
Orange, CA 92868

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Premiums

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address** | Unknown |

D.A. Whitacre Construction,Inc
1108 Greenfield Drive
El Cajon, CA 92021

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.81** | **Nonpriority creditor's name and mailing address** | Unknown |

Daiohs U.S.A., Inc.
6496 Marindustry Place
Ste. C
San Diego, CA 92121

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Reno Contracting, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Daryl Griffis Acoustics, Inc.
4958 Naples Street
San Diego, CA 92110-3820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

Basis for the claim: Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Davis Framing Inc.
8103 Commercial Street
La Mesa, CA 91942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

Basis for the claim: Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

DCC General Engineering
2295 Meyers Avenue
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

Basis for the claim: Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Dedicated Contracting, Inc.
2317 Auto Parkway
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

Basis for the claim: Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Delta Utility Solutions, LLC
1941 Wellington Lane #5
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

Basis for the claim: Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Demko Drywall Co., Inc.
419 South Marshall Avenue
El Cajon, CA 92020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

Basis for the claim: Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Diamond Environmental
807 E. Mission Road
San Marcos, CA 92069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

Basis for the claim: Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Reno Contracting, Inc.

Case number (if known) _____

Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

DLG Contractors
P.O. Box 2361
Alpine, CA 91903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Dynalectric Company
9505 Chesapeake Drive
San Diego, CA 92123-6393

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Dynamic Legal Recovery
2534 State St.
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018

**Basis for the claim:** Law suit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

E.L. Hobbs Inc
1900 West Blvd #215
El Cajon, CA 92020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Law suit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

East & West Alum Craft LTD
7465 Conway Avenue
Burnaby, BC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Economy Tree & Crane Inc.
75651 Chuckawalla Road
Thousand Palms, CA 92276

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

EDCO Disposal Corporation
P.O. Box 6887
Buena Park, CA 90622-6887

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Reno Contracting, Inc.
_____          Case number (if known) _____
          Name

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.96**

Nonpriority creditor's name and mailing address
Ehmcke Sheet Metal Corp.
P.O. Box 13010
San Diego, CA 92170-3010

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.97**

Nonpriority creditor's name and mailing address
Empire Insulation Inc.
4211 Latham St
Riverside, CA 92502

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.98**

Nonpriority creditor's name and mailing address
Enterprise FM Trust
PO Box 800089
Kansas City, MO 64180-0089

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.99**

Nonpriority creditor's name and mailing address
Enterprise Leasing
P.O. Box 800089
Kansas City, MO 64180

**Date(s) debt was incurred** _2019_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Lease deficiencies_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.100**

Nonpriority creditor's name and mailing address
European Wholesale Countertops
10051 Prospect Ave
Santee, CA 92071

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.101**

Nonpriority creditor's name and mailing address
Express Contractors, Inc.
11625 Industry Ave
Fontana, CA 92337

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.102**

Nonpriority creditor's name and mailing address
Fallbrook Equipment Rentals
235 W. College Street
Fallbrook CA, CA 92028

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor     Reno Contracting, Inc.

Case number (if known) _____

Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**Basis for the claim:** Delivery

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Fenton MVH Portfolio LLC
7577 Mission Valley Road
San Diego, CA 92108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** _

**Basis for the claim:** Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Finishing Touch Millwork
6190 Corte Del Cedro
Carlsbad, CA 92011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** _

**Basis for the claim:** Law suit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Phil Finley
1926 Olive Street
Ramona, CA 92065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Force Environmental, Inc.
12288 Rancho Heights Road
Pala, CA 92059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Fuscoe Engineering
6390 Greenwich Drive, Ste. 170
San Diego, CA 92122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

G A Abell Inc.
8137 Winter Gardens Blvd.
Lakeside, CA 92040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Reno Contracting, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Gamboa, Inc.
1355 Presioca Street
Spring Valley, CA 91977

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

General Coatings Corporation
6711 Nancy Ridge Drive
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Glennie's Office Products, Inc
410 West 5th Ave.
Escondido, CA 92025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

GLS Spray Services, Inc.
12527 Kirkham Court, Ste. B
Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

GM Financial
PO Box 78143
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Go-Staff, Inc.
8798 Complex Drive
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Gold Coast Fence
P.O. Box 628
Lakewood, CA 90714-0628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-19

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    Reno Contracting, Inc.
_____    Case number (if known) _____
Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.117**

Nonpriority creditor's name and mailing address
GPS Plumbing
P.O. Box 1431
Spring Valley, CA 91979

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.118**

Nonpriority creditor's name and mailing address
Guzman Grading & Paving Corp
14030 Rose Avenue
Fontana, CA 92337

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.119**

Nonpriority creditor's name and mailing address
H&R Steel
1710 North Magnolia Ave
Ste. 102
El Cajon, CA 92020

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.120**

Nonpriority creditor's name and mailing address
Haier US Appliance
PO Box 1780
Rapid City, SD 57709

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Law suit

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.121**

Nonpriority creditor's name and mailing address
Hanover Casualty
33 New Montgomery St.
Suite 990
San Francisco, CA 94105

Date(s) debt was incurred  2018

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Surety bond

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.122**

Nonpriority creditor's name and mailing address
HCI Systems, Inc.
1354 S Parkside Place
Ontario, CA 91761

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.123**

Nonpriority creditor's name and mailing address
Heartland Acoustics & Interior
3232 Grey Hawk Court
Carlsbad, CA 92010

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Reno Contracting, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Helix Electric, Inc.
6795 Flanders Drive
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19
**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Heritage Construction CO
3959 Ruffin Rd #G
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2017
**Last 4 digits of account number** _

**Basis for the claim:**  Law suit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

HMT Electric Solar Inc.
2340 Meyers Avenue
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19
**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Holiday Carpet & Floor
16600 Sherman Way, Suite 278
Van Nuys, CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19
**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Home Depot Credit Services
PO Box 78047
Phoenix, AZ 85062-8047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19
**Last 4 digits of account number** _

**Basis for the claim:**  Credit card debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Hospitality One Construction
31630 Railroad Canyon Rd
Ste. 2A
Canyon Lake, CA 92584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19
**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Hub Construction Specialties
P.O. Box 1269
San Bernardino, CA 92402-1269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19
**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Reno Contracting, Inc.
_____
Name

Case number (if known) _____

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Huntamer Inc.
613 W Main St
El Cajon, CA 92020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Huntington Pacific Corp
8017 Mission Gorge Road
Santee, CA 92071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Image Source
650 E Hospitality Lane
Ste. 540
San Bernardino, CA 92408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Industrial Fire Sprinkler Inc.
3845 Imperial Ave
San Diego, CA 92113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Inform Projects Partnership
405 Railway Street
Vancouver, BC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Innovative Fire Protection, In
8779 Cotton Ave.
Santee, CA 92071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Interior Plant Service, Inc.
3971 Goldfinch Street, Ste. B
San Diego, CA 92103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    Reno Contracting, Inc.                                    Case number (if known) _____
          Name

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Interior Specialties, Inc.
8615 Commerce Avenue
San Diego, CA 92121

Date(s) debt was incurred  2018-19
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.139
**Nonpriority creditor's name and mailing address**
J.G. Tate Protection Systems
13771 Danielson Street, Ste. F
Poway, CA 92064

Date(s) debt was incurred  2018-19
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.140
**Nonpriority creditor's name and mailing address**
J.P. Witherow Roofing Company
1083 N. Cuyamaca Street
El Cajon, CA 92020

Date(s) debt was incurred  2016
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Law suit

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.141
**Nonpriority creditor's name and mailing address**
Jobsite Supply Company
4720 Mission Gorge Place
San Diego, CA 92120

Date(s) debt was incurred  2018-19
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.142
**Nonpriority creditor's name and mailing address**
Johnson, Finch & McClure Const
9749 Cactus Street
Lakeside, CA 92040-4117

Date(s) debt was incurred  2018-19
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.143
**Nonpriority creditor's name and mailing address**
JW Contract Blinds
4655 30th Street
San Diego, CA 92116

Date(s) debt was incurred  2018-19
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.144
**Nonpriority creditor's name and mailing address**
KT Construction Inc.
7868 Lester Ave
Lemon Grove, CA 91945

Date(s) debt was incurred  2018-19
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Reno Contracting, Inc.                                    Case number (if known) _____
_____
Name

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.145**

Nonpriority creditor's name and mailing address
Labor Finders (Poway)
P.O. Box 1242
Poway, CA 92074

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.146**

Nonpriority creditor's name and mailing address
Landscape Structures, Inc.
PO BOX 86
Minneapolis, MN 55486-0395

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.147**

Nonpriority creditor's name and mailing address
Larry Methvin Installation Inc
501 Kettering Drive
Ontario, CA 91761

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.148**

Nonpriority creditor's name and mailing address
LDI Mechanical, Inc.
1587 Bentley Drive, Suite 102
Corona, CA 92879

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.149**

Nonpriority creditor's name and mailing address
Leaf
PO Box 742647
Cincinnati, OH 45274-2647

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.150**

Nonpriority creditor's name and mailing address
Lumar Metals
599 S East End Ave.
Pomona, CA 91766

Date(s) debt was incurred  2017

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.151**

Nonpriority creditor's name and mailing address
Lyons Masonry, Inc.
1850 Tavern Court
Alpine, CA 91901

Date(s) debt was incurred  2018-19

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Debtor   Reno Contracting, Inc.
_____        Case number (if known) _____
         Name

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Karl Maldangesang

San Diego, CA

**Date(s) debt was incurred**  2018

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Law suit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Marco Crane & Rigging Co.
P.O. BOX 18008
Phoenix, AZ 85005

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Mark Beamish Waterproofing,Inc
1732 Reynolds Ave.
Irvine, CA 92614

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

McBride Door & Hardware, Inc.
13811 Danielson Street
Poway, CA 92064

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Joe McCaleb
2375 Louise Court
El Cajon, CA 92020

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

McLeod Law Group, A.P.C.
701 B Street, Ste. 1570
San Diego, CA 92101

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

McMahon Engineering
634 Rock Springs Rd.
Escondido, CA 92025

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Reno Contracting, Inc.                                          Case number (if known)  _____
          Name

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**3.159**

**Nonpriority creditor's name and mailing address**
Metropolitan Mapping, Inc.
3712 30th Street
San Diego, CA 92104

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.160**

**Nonpriority creditor's name and mailing address**
Michael Baker Internation, Inc
5 Hutton Center Dr. Ste. 500
Santa Ana, CA 92708

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.161**

**Nonpriority creditor's name and mailing address**
Miller Paving Corp.
9236 Olive Dr.
Spring Valley  91977

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.162**

**Nonpriority creditor's name and mailing address**
Mitsubishi Electric US, Inc.
25480 NETWORK PLACE
Chicago, IL 60673-1254

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.163**

**Nonpriority creditor's name and mailing address**
Modern Masonry
1168 Greenfield Drive
El Cajon, CA 92021

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.164**

**Nonpriority creditor's name and mailing address**
Motivational Systems, Inc.
2200 Cleveland Ave.
National City, CA 91950

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.165**

**Nonpriority creditor's name and mailing address**
Mountain Health & Community
1388 Buckman Springs Rd
Campo, CA 91906

**Date(s) debt was incurred** _2017_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Law suit_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Reno Contracting, Inc.
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    Unknown |

Namvars Inc.
11815 Sorrento Valley Rd
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    Unknown |

Nestle Pure Life
P.O. Box 856158
Louisville, KY 40285-6158

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    Unknown |

Normac Kitchens Inc.
PO Box 479
Oakboro, NC 28129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    Unknown |

Orness Design Group, Inc.
5955 Mira Mesa Blvd. Ste. H
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    Unknown |

Otis Elevator Company
Dept. LA 21684
Pasadena, CA 91185-1684

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    Unknown |

Overhead Door Corporation
2501 S. State Hwy 121 #200
Lewisville, TX 75067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    Unknown |

Pacific Bell Telephone Company
AT&T Services Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2019

**Basis for the claim:**  Lawsuit

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor **Reno Contracting, Inc.** | Case number (if known) _____ |
| Name | |

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---

Pacific Coast Glazing, Inc.
1451 Morena Blvd.
San Diego, CA 92110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Paradigm Mechanical Corp.
6550 Federal Blvd.
Lemon Grove, CA 91945

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Paramount Fire Systems, Inc.
P.O. Box 713194
Santee, CA 92072-3194

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Parron Hall
9655 Granite Ridge Drive
Ste. 100
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

PBC Commercial, Inc.
1560 W. Lambert Road
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Perfect Window & Doors, Inc.
5980 Fairmount Avenue #108
San Diego, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Performance Plumb. & Mech.
3740 Oceanic Way #307
Oceanside, CA 92056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

Debtor     Reno Contracting, Inc.
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.180** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Peterson Brothers Construction | |
| | 1560 W. Lambert Road | |
| | Brea, CA 92821 | |

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| **3.181** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Philadelphia Indemnity Ins. Co | |
| | One Bala Plaza Ste. 100 | |
| | Bala Cynwyd, PA 19004-1403 | |

**Date(s) debt was incurred** _2016_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Law suit_

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| **3.182** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Polvera Drywall Corp | |
| | 8315 Miralani Drive | |
| | San Diego, CA 92126 | |

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| **3.183** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Power Plus | |
| | PO Box 31001-1930 | |
| | Pasadena, CA 91110-1930 | |

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| **3.184** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Precision Concrete Contractors | |
| | 1058 Canyon Creek Place | |
| | Escondido, CA 92025 | |

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| **3.185** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Primary Glazing | |
| | 13995 Vista Sage Place | |
| | Jamul, CA 91935 | |

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ◼ No ☐ Yes

---

| | | |
|---|---|---|
| **3.186** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Prime Deliveries, Inc. | |
| | 4455 Murphy Canyon Road | |
| | San Diego, CA 92123 | |

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ◼ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    

Debtor  Reno Contracting, Inc.
_____    Case number (if known) _____
        Name

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.187**  Nonpriority creditor's name and mailing address

Pro Finish Painting, Inc.
P.O. Box 20406
El Cajon, CA 92021

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188**  Nonpriority creditor's name and mailing address

Procore Technologies, Inc.
6309 Carpinteria Avenue
Carpinteria, CA 93013

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189**  Nonpriority creditor's name and mailing address

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190**  Nonpriority creditor's name and mailing address

Quality Painting & Wallcvrng
8340 Camino Santa Fe, Ste. F
San Diego, CA 92121-2665

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191**  Nonpriority creditor's name and mailing address

Queen Funding
101 Chase Ave, Suite #208
Lakewood, NJ 08701

**Date(s) debt was incurred** _2019_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

$1,995,404.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192**  Nonpriority creditor's name and mailing address

R-12 A, LLC
20 Corporate Plaza Dr.
Newport Beach, CA 92660

**Date(s) debt was incurred** _2018_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Law suit_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193**  Nonpriority creditor's name and mailing address

R.L. Fick & Son Plumbing, Inc.
10740 Kenney Street, Suite 405
Santee, CA 92071

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Reno Contracting, Inc.
_____    Case number (if known) _____
Name

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.194**

Nonpriority creditor's name and mailing address
Rand Engineering
P.O. Box 1830
Alpine, CA 91903

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.195**

Nonpriority creditor's name and mailing address
RBF Consulting
P.O. Box 515714
Los Angeles, CA 90051-5195

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.196**

Nonpriority creditor's name and mailing address
Re:Source Floors, Inc.
9881 Carroll Centre Road
San Diego, CA 92126-4554

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.197**

Nonpriority creditor's name and mailing address
Redrock Cable
15215 Alton Pkwy  Suite 200
Irvine, CA 92618

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.198**

Nonpriority creditor's name and mailing address
Refrigeration Engineering Inc.
406 So. Johnson Ave.
El Cajon, CA 92020

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.199**

Nonpriority creditor's name and mailing address
Matthew Reno
416 Coastal Hills Dr.
Chula Vista, CA 91914

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Salary

Is the claim subject to offset? ■ No ☐ Yes

$20,000.00

---

**3.200**

Nonpriority creditor's name and mailing address
reproHAUS
9431 Dowdy Drive
San Diego, CA 92101

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    Reno Contracting, Inc.                                     Case number (if known) _____

     Name

| | |
|---|---|

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Resource Floors Inc
9881 Carroll Centre Rd
San Diego, CA 92126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _Law suit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Richardson Steel, Inc.
9102 Harness Street, Ste. A
Spring Valley, CA 91977

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rick Engineering Inc.
5620 Friars Road
San Diego, CA 92110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

RIFECO
1654 Catalina Blvd.
San Diego, CA 92107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Rowan Electric
2778 Loker Avenue W
Carlsbad, CA 92010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Safari Company, Inc.
9932 Prospect Ave #141
Santee, CA 92071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Law suit_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Safeguard Business Systems,Inc
P.O. Box 88043
Chicago, IL 60680-1043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018-19_

**Basis for the claim:** _Breach of Contract_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   Reno Contracting, Inc.                                     Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address**<br>Safway Services, LLC<br>1107 Petree Street #103<br>El Cajon, CA 92020 | Unknown |

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.209 | **Nonpriority creditor's name and mailing address**<br>Sage CRE Forms/Timberline<br>P.O. Box 230578<br>Portland, OR 97281 | Unknown |

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address**<br>Salesforce<br>Landmark @ One Market Street<br>Ste. 300<br>San Francisco, CA 94105 | Unknown |

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.211 | **Nonpriority creditor's name and mailing address**<br>San Diego Cosnstruction Servic<br>2840 Ridgeview Drive<br>San Diego, CA 92105 | Unknown |

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.212 | **Nonpriority creditor's name and mailing address**<br>San Diego Gas & Electric<br>P.O. Box 25111<br>Santa Ana, CA 92799-5111 | Unknown |

**Date(s) debt was incurred** 2018-19

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility services

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.213 | **Nonpriority creditor's name and mailing address**<br>San Diego Granite, Inc.<br>13026 Stowe Drive, Ste. C<br>Poway, CA 92064 | Unknown |

**Date(s) debt was incurred** 2019

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Law suit

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.214 | **Nonpriority creditor's name and mailing address**<br>San Diego Hope Partners<br>1357 7th Ave.<br>2nd Floor<br>San Diego, CA 92101 | Unknown |

**Date(s) debt was incurred** 2018

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Law suit

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  Reno Contracting, Inc.
_____                Case number (if known) _____
         Name

| | | |
|---|---|---|
| **3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | San Diego Precast Concrete | ☐ Contingent |
| | 9702 Prospect Avenue | ☐ Unliquidated |
| | Santee, CA 92071-4209 | ☐ Disputed |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Unknown *(3.215)*

| | | |
|---|---|---|
| **3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | San Diego Sheet Metal, Inc. | ☐ Contingent |
| | 649 Anita St suite A-5 | ☐ Unliquidated |
| | Chula Vista, CA 91911 | ☐ Disputed |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Unknown *(3.216)*

| | | |
|---|---|---|
| **3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Sandstrand Services | ☐ Contingent |
| | 4858 Ronson Court, Ste. B | ☐ Unliquidated |
| | San Diego, CA 92111 | ☐ Disputed |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Unknown *(3.217)*

| | | |
|---|---|---|
| **3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Schilling Paradise Corporation | ☐ Contingent |
| | 697 Greenfield Drive | ☐ Unliquidated |
| | El Cajon, CA 92021-2983 | ☐ Disputed |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Unknown *(3.218)*

| | | |
|---|---|---|
| **3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Schindler Elevator Corporation | ☐ Contingent |
| | P.O. Box 93050 | ☐ Unliquidated |
| | Chicago, IL 60673-3050 | ☐ Disputed |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Unknown *(3.219)*

| | | |
|---|---|---|
| **3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Seacore Industrial Inc. | ☐ Contingent |
| | 107 Rincon Ct | ☐ Unliquidated |
| | San Clemente, CA 92672 | ☐ Disputed |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Unknown *(3.220)*

| | | |
|---|---|---|
| **3.221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Shelby and Sons Inc. | ☐ Contingent |
| | 4536 Lee Avenue | ☐ Unliquidated |
| | La Mesa, CA 91941 | ☐ Disputed |
| | **Date(s) debt was incurred** 2018-19 | **Basis for the claim:** Breach of Contract |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Unknown *(3.221)*

Debtor    Reno Contracting, Inc.
_____
Name

Case number *(if known)*    _____

---

| 3.222 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|---|

**3.222**

Sherwood Mechanical Inc.
6630 Top Gun Street
San Diego, CA 92121

**Date(s) debt was incurred** _2018-19_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.223**

Siemens Industry, Inc.
P.O. Box 2134
Carol Stream, IL 60132-2134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.224**

Sierra Pacific West, Inc.
PO Box 231640
Encinitas, CA 92023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.225**

Signtech Electrical Advertisin
4444 Federal Blvd.
San Diego, CA 92102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.226**

Sillman Wright Architects
7515 Metropolitan Drive
Ste. 400
San Diego, CA 92108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.227**

Sky Rider Equip. Co., Inc.
1180 N. Blue Gum Street
Anaheim, CA 92806

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.228**

Smart Systems Technologies Inc
9 Goodyear
Irvine, CA 92618

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Reno Contracting, Inc.
_____
Name

Case number (if known) _____

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.229**

**Nonpriority creditor's name and mailing address**
Snaidero USA, Inc.
20300 S. Vermont Avenue #125
Torrance, CA 90502

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.230**

**Nonpriority creditor's name and mailing address**
South Bay Welding
781 O'Connor Street
El Cajon, CA 92020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.231**

**Nonpriority creditor's name and mailing address**
SPEC 7, LLC
9749 Catcus Street
Lakeside, CA 92040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.232**

**Nonpriority creditor's name and mailing address**
Spooner's Woodworks, Inc.
12460 Kirkham Court
Poway, CA 92064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.233**

**Nonpriority creditor's name and mailing address**
Stallion Shading
7553 Convoy Court
San Diego, CA 92111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.234**

**Nonpriority creditor's name and mailing address**
Stanford Sign & Awning, Inc.
2556 Faivre Street
Chula Vista, CA 91911

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.235**

**Nonpriority creditor's name and mailing address**
Stanley Access, Inc.
65 Scott Swamp Road
Farmington, CT 06032

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Debtor    Reno Contracting, Inc.
_____
                        Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

**3.236**

**Nonpriority creditor's name and mailing address**
Stark Mfg. Co.
76 Broadway
Chula Vista, CA 91910

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.237**

**Nonpriority creditor's name and mailing address**
Steam Diego
2358 University Ave. #1564
San Diego, CA 92104

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.238**

**Nonpriority creditor's name and mailing address**
Structural Inspections, LLC
PO Box 2415
El Cajon, CA 92021

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.239**

**Nonpriority creditor's name and mailing address**
Structures West
300 West Grand Ave. #201
Escondido, CA 92025

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.240**

**Nonpriority creditor's name and mailing address**
Sullivan Moving & Storage
2611 Island View Way
Vista, CA 92081

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.241**

**Nonpriority creditor's name and mailing address**
Summit Erosion Control, Inc.
PO BOX 880335
San Diego, CA 92168

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Breach of Contract_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.242**

**Nonpriority creditor's name and mailing address**
Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred _2017_
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Lawsuit_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  Reno Contracting, Inc.
_____  Case number (if known) _____
 Name

| | | |
|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

3.243  **Nonpriority creditor's name and mailing address**

Sunstate Equipment Co.
P.O. Box 52581
Phoenix, AZ 85072-2581

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.244  **Nonpriority creditor's name and mailing address**

Superior Door Systems, Inc.
P.O. Box 1386
El Cajon, CA 92022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.245  **Nonpriority creditor's name and mailing address**

Superior Roofing
P.O. Box 2635
San Marcos, CA 92079-2635

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.246  **Nonpriority creditor's name and mailing address**

Surecraft Door & Hardware, Inc
2875 Executive Place
Escondido, CA 92029

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.247  **Nonpriority creditor's name and mailing address**

Surfacing Solutions, Inc.
27637 Commerce Center Dr
Temecula, CA 92590

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.248  **Nonpriority creditor's name and mailing address**

Sweetwater Authority
505 Garrett Avenue
Chula Vista, CA 91910

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.249  **Nonpriority creditor's name and mailing address**

Taylor Trim & Supply, Inc.
2061 Aldergrove Ave.
Escondido, CA 92029

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    Reno Contracting, Inc.                                Case number (if known) _____

| | |
|---|---|
| **3.250** | |

**3.250**

Nonpriority creditor's name and mailing address
Teas Land Surveying, Inc.
2364 Oakridge Place
Escondido, CA 92026

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.251**

Nonpriority creditor's name and mailing address
Telephone Jacks
4585 Maple Drive
Oceanside, CA 92056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.252**

Nonpriority creditor's name and mailing address
Temecula Valley Erosion Contro
19011 Mermack Avenue
Lake Elsinore, CA 92532

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.253**

Nonpriority creditor's name and mailing address
Terra Pacific Waste Mgmt
2081 Business Center Dr., #230
Irvine, CA 92617

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.254**

Nonpriority creditor's name and mailing address
The City of San Diego
PO Box 129020
San Diego, CA 92112-9020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.255**

Nonpriority creditor's name and mailing address
The Instant Sign Store
6755 Mira Mesa Blvd., #135
San Diego, CA 92121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.256**

Nonpriority creditor's name and mailing address
Third Generation Drywall
PO Box 806
Spring Valley, CA 91976

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Debtor    Reno Contracting, Inc.                                     Case number (if known) _____
          Name

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

TJ Janca Construction, Inc.
2328 N. Batavia Street #105
Orange, CA 92865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Treasurer - City of San Diego
Water Utilities Department
San Diego, CA 92187-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Utility services

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Trench Plate Rental Company
13217 Laureldale Ave
Downey, CA 90242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Trench Shoring Company
206 N. Central Ave.
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Trinity Grading, Inc.
PO Box 175
Temecula, CA 92593

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Unique Building Group
8155 Mercury Court, Suite 100
San Diego, CA 92111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

United Rentals Northwest, Inc.
File 51122
Los Angeles, CA 90074-1122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Last 4 digits of account number** _

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Reno Contracting, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Veteran Solutions, Inc.
7054 Carroll Road
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Vision Service Plan (CA)
P.O. Box 45210
San Francisco, CA 94145-5210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Joseph B Weber
PO Box 420815
San Diego, CA 92142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Western Fire Protection, Inc.
13630 Danielson Street
Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Western Foundations & Shoring
PO Box 1939
Lakeside, CA 92040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Western Grand Openings Inc
1536 W. 228th Street, Suite A
Torrance, CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018-19

**Basis for the claim:**  Breach of Contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    Reno Contracting, Inc.
_____    Case number (if known) _____
          Name

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.271** | **Nonpriority creditor's name and mailing address**
WEX BANK
PO Box 6293
Carol Stream, IL 60197-6293

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.272** | **Nonpriority creditor's name and mailing address**
Whitson CM, Inc.
11021 Via Frontera Ste. E
San Diego, CA 92127

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.273** | **Nonpriority creditor's name and mailing address**
Windco Painting
9435 Wheatlands Court, Ste. A
Santee, CA 92071

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.274** | **Nonpriority creditor's name and mailing address**
Windstream Corporation
P.O. Box 9001013
Louisville, KY 40290-1013

Date(s) debt was incurred  2018-19

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of Contract

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.275** | **Nonpriority creditor's name and mailing address**
Yellowstone Capital West, LLC
116 Nassau Street, Ste. 804
New York, NY 10038

Date(s) debt was incurred  2018

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Judgment

Is the claim subject to offset? ☐ No  ☐ Yes

$865,000.00

---

**3.276** | **Nonpriority creditor's name and mailing address**
Zuheir Inc
6950 El Cajon Blvd
San Diego, CA 92115

Date(s) debt was incurred  2018

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Law suit

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

Debtor   Reno Contracting, Inc.
_____
         Name

Case number (if known) _____

**5a. Total claims from Part 1**                                          5a.    $                          0.00
**5b. Total claims from Part 2**                                          5b.   +  $                  3,609,746.00

**5c. Total of Parts 1 and 2**                                           5c.    $                  3,609,746.00
   Lines 5a + 5b = 5c.

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name _____Reno Contracting, Inc._____

United States Bankruptcy Court for the: ____SOUTHERN DISTRICT OF CALIFORNIA____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract _____ | _____ |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract _____ | _____ |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract _____ | _____ |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract _____ | _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Reno Contracting, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | 1st West Capital LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Western Alliance Bank | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Region Capital | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Travelers Casualty and Surety | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Hanover Casualty | ☐ D _____<br>■ E/F __3.121__<br>☐ G _____ |

Debtor  Reno Contracting, Inc. _____     Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.6 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Caldwell Glass Inc | ☐ D _____<br>▮ E/F ___3.45___<br>☐ G _____ |
| 2.7 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Capstone Credit | ▮ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Complete Business Sol Gp | ▮ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | TCA Global Credit | ▮ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Yellowstone Capital West, LLC | ☐ D _____<br>▮ E/F ___3.275___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Reno Contracting, Inc. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1    Reno Contracting, Inc.                                    Case number (*if known*)

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h. **Other monthly income.** Specify:    8h.+    $ 0.00 +    $ 0.00

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

10. **Calculate monthly income.**  Add line 7 + line 9.    10.    $ 0.00 +    $ 0.00 =    $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1 _____Reno Contracting, Inc._____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____SOUTHERN DISTRICT OF CALIFORNIA_____

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and    ☐ Yes.  Fill out this information for
   Debtor 2.                            each dependent..............

   Do not state the
   dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do you your expenses include expenses of people other than yourself and your dependents?**    ☑ No  ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ 0.00

   **If not included in line 4:**

   4a.  Real estate taxes    4a. $ _____ 0.00
   4b.  Property, homeowner's, or renter's insurance    4b. $ _____ 0.00
   4c.  Home maintenance, repair, and upkeep expenses    4c. $ _____ 0.00
   4d.  Homeowner's association or condominium dues    4d. $ _____ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

Debtor 1    Reno Contracting, Inc.                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 0.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 0.00 |
| 10. | **Personal care products and services** | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 0.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 0.00 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 0.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 0.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here: _____

---

**Fill in this information to identify the case:**

Debtor name     Reno Contracting, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 10/01/2019 to Filing Date | ■ Operating a business<br>☐ Other _____ | $21,025,000.00 |
| For prior year:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $80,000,000.00 |
| For year before that:<br>From 11/01/2017 to 10/31/2018 | ■ Operating a business<br>☐ Other _____ | $81,113,470.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

---

Debtor    Reno Contracting, Inc.                                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. Andrew Kessler | Last 90 days | $30,000.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. Centrex Data Corporation<br>3131 Camino del Rio North<br>Ste. 1400<br>San Diego, CA 92108 | Last 90 days | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.3. CBSG<br>22 N. Third St.<br>Philadelphia, PA 19106 | Last 90 days | $30,000.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. Queen Funding<br>101 Chase Ave, Suite #208<br>Lakewood, NJ 08701 | Last 90 days | $30,000.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Copier lessor | Two leased copiers returned to lessor. | | $0.00 |
| Enterprise Leasing<br>P.O. Box 800089<br>Kansas City, MO 64180 | Leased vehicles returned to lessor.  Approx. 20 trucks and utility vehicles | Feb. 2019 | Unknown |
| Coffee maker lessor | Leased coffee maker returned to lessor | | $0.00 |

Debtor    Reno Contracting, Inc. _____    Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| HG Fenton<br>San Diego, CA 92108 | Leased offices at Metropolitan Drive, San Diego, CA 92108 returned to landlord. | May 2019 | $0.00 |
| Owners on pending projects<br>Various | Pending construction projects were turned back to the customers who will finish the jobs and are expected to pay the Reno Contracting subcontractors. | 2019 | Unknown |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | B&B Electric v Reno Contracting<br>37-2018-00019302-CU-BC-CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Caldwell Glass v Reno Contracting<br>37-2019-00010331-CU-CO-CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Complete Business Solutions v Reno Contracting et al<br>190402317 | Collection | Philadelphia County Court of Common Plea<br>Philadelphia, PA 19110 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Construction Testing v Reno Contracting<br>37-2019-00011317-SC-SC-CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Dynamic Legal v Reno Contracting<br>37-2018-00016457 CU CL CTL | Collection | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | E.L. Hobbs v Reno Contracting<br>37-2019-00002828-CU-BC-NC | Breach of contract | Superior Court North County<br>325 S. Melrose Dr<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Fenton MVH Portfolio v Reno Contracting<br>37-2019-00018545 CL UD CTL | Unlawful detainer | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Reno Contracting, Inc.                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | Finishing Touch v Reno Contracting<br>37-2019-00011191-CL-CO-NC | Breach of contract | Superior Court North County<br>325 S. Melrose Dr<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Go-Staff, Inc. v Reno Contracting<br>37-2019-00032709 CL BC CTL | Collection | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | H&R Steel v Reno Contracting<br>37-2019-00030134 CU BC NC | Collection | San Diego Superior Court-NC<br>325 South Melrose Drive<br>Vista, CA 92081 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Johnson Finch & McClure v. Reno Contracting<br>37-2018-00059764-CU-BC-CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Maldangesang, Karl v Reno Contracting<br>37-2018-00035244-CU-JR-CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Pacific Bell v Reno Contracting<br>37-2019-00028936 CU PO CTL | Collection | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | Prospect Property Owner v Reno Contracting<br>37-2018-00009932-CU-OR-CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | Quality Painting v Reno Contracting<br>37-2018-00018793-CU-BC-CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | Redrock Security & Cabling v Reno Contracting<br>37-2019-00029049 CU CO CTL | Collection | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | Resource Floors v Reno Contracting<br>37-2018-00018567-CU-BC-CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | RREF II HV Prospect LLC v Reno Contracting<br>37-2018-00009932 CU OR CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | Safari Company v Reno Contracting<br>37-2018-00031749-CU-BC-CTL | Breach of contract | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   Reno Contracting, Inc.

Case number *(if known)*

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.20. San Diego Granite v. Reno Contracting 37-2019-00023432 CU BC CTL | Collection | San Diego Superior Court 220 W. Broadway San Diego, CA 92101 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.21. Western Alliance Bank v Reno Contracting 37-2019-00020330 CU BC CTL | Collection | San Diego Superior Court 220 W. Broadway San Diego, CA 92101 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.22. Yellowstone Cap v Reno Contracting et al 123896-2019 | Collection | Supreme Court State of NY Ontario County Canandaigua, NY 14424 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.23. Yellowstone Cap v Reno Contracting et al 123895-2019 | Collection | Supreme Ct State of NY Ontario County Canandaigua, NY 14424 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.24. Zuheir Inc v Reno Contracting 37-2018-00018567-CU-BC-CTL | Breach of contract | San Diego Superior Court 220 W. Broadway San Diego, CA 92101 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Reno Contracting, Inc.
_____    Case number *(if known)*    _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Law Office of Michael T. O'Halloran 110 West A Street, Suite 1100 San Diego, CA 92101 | Funds | April and June 2019 | $10,000.00 |
| **Email or website address** www.DebtSD.com | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. R&S Construction San Diego, CA 92108 | Furniture and computers sold | May 2019 | $50,000.00 |
| **Relationship to debtor** None | | | |
| 13.2. Various buyers | 6 office trailers sold for $3,400 each | Oct 2018 to Jan 2019 | $14,400.00 |
| **Relationship to debtor** None | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    Reno Contracting, Inc.                                    Case number *(if known)*_____

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ■ No Go to Part 10.
  - ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Torrey Pines Bank<br>12220 El Camino Real  #110<br>San Diego, CA 92130 | **XXXX**-0855 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | General account | $0.00 |
| 18.2. | Torrey Pines Bank<br>12220 El Camino Real  #110<br>San Diego, CA 92130 | **XXXX**-5854 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other _Repo account 0231005854_ | | $0.00 |
| 18.3. | Torrey Pines Bank<br>12220 El Camino Real  #110<br>San Diego, CA 92130 | **XXXX**-0863 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | Payroll account | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Reno Contracting, Inc. _____    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | Torrey Pines Bank 12220 El Camino Real #110 San Diego, CA 92130 | XXXX-2203 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | Flex account | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| A-1 Storage 1501 Frazee Road San Diego, CA 92108 | Matt Reno | Corporate records | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

Debtor   Reno Contracting, Inc.                                            Case number *(if known)*  _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed | |
|---|---|---|---|
| 25.1.  Coyle Reno Joint Venture Concluded | Apartment construction | EIN: | 45-3534737 |
| | | From-To | 2014 - 2018 |
| 25.2.  Coyle Reno II Joint Venture Concluded | Real estate development | EIN: | 46-2791857 |
| | | From-To | 2014 - 2018 |
| 25.3.  Yuma Investment Partners LLC 7584 Metropolitan Dr. Suite 100 San Diego, CA 92108 | Real estate development | EIN: | |
| | | From-To | 2016 - present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Moss Adams 4747 Executive Dr. Suite 1300 San Diego, CA 92121 | 2009 - 2019 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    Reno Contracting, Inc.                                    Case number *(if known)*_____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Moss Adams<br>4747 Executive Dr.<br>Suite 1300<br>San Diego, CA 92121 | Annual audits |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Matthew Reno<br>416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | None known to be missing |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Reno | 416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Officer and director | 47% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Reno Contracting ESOP | | Shareholder | 53% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Walter Fegley | La Mesa, CA | President | 2008 - 2018 |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    Reno Contracting, Inc.                              Case number *(if known)*

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Matthew Reno<br>416 Coastal Hills Dr.<br>Chula Vista, CA 91914 | Approx. $270,000 | Last 12 months | Salary and benefits |
| Relationship to debtor<br>Shareholder | | | |
| 30.2. Walter Fegley<br>La Mesa, CA | Approx. $260,000 | Last 12 months | Salary and benefits |
| Relationship to debtor<br>President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Reno Contracting Profit Sharing Plan | EIN: |

**Part 14:    Signature and Declaration**

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 11, 2019

/s/ M. Reno                                      M. Reno
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Revised: 1/24/13

Name, Address, Telephone No. & I.D. No.
Michael T. O'Halloran CLS-B No. 99085
110 West A Street, Suite 1100
San Diego, CA 92101-4908
619.233.1727
No. 99085 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Reno Contracting, Inc.

Tax I.D. / S.S. #: 33-0570635

Debtor.

BANKRUPTCY NO.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS
## AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

## I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.  Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.  Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.  Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.  Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.  Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.   Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.   Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United State Trustee.

8.   Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.   Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10.  File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11.  Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12.  Respond to and defend objections to claim(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation,
## Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.   Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.   Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.   Opposing Motions for Relief from Stay;

4.   Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.   Redemption Motions and hearings on Redemption Motions;

6.   Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.   Representation in a Motion to Dismiss or Convert debtor's case;

8.   Motions to Reinstate or Extend the Automatic Stay;

9.   Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# III.
# Additional Services Not Included in the Initial Fee Which Will Require a Separate Fee Agreement

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.      Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to determine Dischargeability of Debt;

2.      Defense of a Complaint objecting to discharge;

3.      Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4.      Sheriff levy releases;

5.      Section 522(f) Lien Avoidance Motions;

6.      Opposing a request for, or appearing at a 2004 examination;

7.      All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.      Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.      Filing or responding to an appeal;

10.     An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

# IV.
# Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1.      Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.      List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3.      Provide accurate and complete financial information;

4.      Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.      Cooperate and communicate with your attorney;

6.      Discuss the objectives of the case with your attorney before you file;

3

7.    Keep the attorney updated with any changes in contact information, including email address;

8.    Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.    Keep the attorney updated on any changes in the household income and expenses;

10.    Timely file all statutorily required tax returns;

11.    Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.    Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.    Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.    Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.    Pay all required fees prior to the filing of the case;

16.    Promptly pay all required fees in the event post filing fees are incurred;

17.    Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated:    July 11, 2019                           /s/ M. Reno
                                                  M. Reno
                                                  Debtor

Dated:    July 11, 2019                           /s/ Michael T. O'Halloran CLS-B No.
                                                  Michael T. O'Halloran CLS-B No. 99085
                                                  Attorney for Debtor(s)

4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re    Reno Contracting, Inc.               Case No. _____
                          Debtor(s)        Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................... $ ............ 10,000.00

   Prior to the filing of this statement I have received ............................ $ ............ 10,000.00

   Balance Due ................................................................................. $ ............ 0.00

2. $ __335.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      The fee includes $350 applied to the court filing fee, credit report fee and other costs.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtor or debtors in any dischargeability actions, 2004 examinations, judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matter. Post-petition representation not covered by the flat fee shall be rendered, if agreed to by the debtor and the Firm, at the usual hourly rates charged by the Firm.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| July 11, 2019 | /s/ Michael T. O'Halloran CLS-B No. |
| *Date* | Michael T. O'Halloran CLS-B No. 99085 |
| | *Signature of Attorney* |
| | Law Office of Michael T. O'Halloran |
| | 110 West A Street, Suite 1100 |
| | San Diego, CA 92101-4908 |
| | 619.233.1727 |
| | mto@debtsd.com |
| | *Name of law firm* |

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
Michael T. O'Halloran CLS-B No. 99085
110 West A Street, Suite 1100
San Diego, CA 92101-4908
619.233.1727
No. 99085 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Reno Contracting, Inc.

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: _285_

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.       TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: _July 11, 2019_                    /s/ M. Reno
                                    M. Reno/President
                                    Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
CSD 1008

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

`CSD 1008 (Page 2)` [08/21/00]

## INSTRUCTIONS

1)     Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)     A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)     A new petition is filed.  Diskette required.

    b)     A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)     An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)     The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)     CONVERSIONS:

    a)     When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)     For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)     AMENDMENTS AND BALANCE OF SCHEDULES:

    a)     <u>Scannable matrix format required.</u>

    b)     The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)     Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)     Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

1st West Capital LLC
1250 E. Hallandale Beach Blvd
Ste. 40
Hallandale Beach, FL 33009


A&D Fire Sprinklers, Inc.
7130 Convoy Court
San Diego, CA 92111


A.O. Reed & Co.
4777 Ruffner Street
San Diego, CA 92111


ACC Business
P.O. Box 105306
Atlanta, GA 30348-5306


Acme Safety & Supply Corp.
1616 West Avenue
National City, CA 91950


AcousticWorks, Inc.
PO BOX 460896
Escondido, CA 92046


ADC Corp
1545 Hotel Circle South #120
San Diego, CA 92108


Aecom Technical Services, Inc.
1178 Paysphere Circle
Chicago, IL 60674


AEL Construction, Inc.
505 State Place
Escondido, CA 92029

Agility Recovery Solutions
PO Box 733788
Dallas, TX 75373


Alcorn Fence Company
6445 Pedley Rd
Riverside, CA 92509


Alexander O. Trepte
8431 Paseo Del Ocaso
La Jolla, CA 92037


Allstar Electric
1050 Pioneer Way
El Cajon, CA 92020


Alta Land Surveying, Inc.
9517 Grossmont Summit Dr
La Mesa, CA 91941


American Fence Co. Inc.
9944 Prospect Ave.
Santee, CA 92071


American Marble
1280 North Melrose Drive
Vista, CA 92083


American Scaffold
PO BOX 13835
San Diego, CA 92170


American Stair Corporation
3510 Calumet Avenue
Hammond, IN 46320

AMPCO Contracting, Inc.
1328 Allec Street
Anaheim, CA 92805


Apex Contracting & Restoration
4421 Glacier Avenue
San Diego, CA 92120


Applied Restoration Inc.
3562 Grove Street
Lemon Grove, CA 91945


Architects Mosher Drew
1775 Hancock Street, Ste. 150
San Diego, CA 92110


Assoc. Subcontractors Alliance
P.O. Box 600723
San Diego, CA 92160


Associate Mechanical Contract
622 South Vinewood Street
Escondido, CA 92029


Axis Interiors, Inc.
1265 Greenfield Drive, Suite B
El Cajon, CA 92040


B&B Electric
2353 La Mirada Dr
Vista, CA 92081


B&B Nurseries, Inc.
9505 Cleveland Avenue
Riverside, CA 92503

Baker Electric, Inc.
1298 Pacific Oaks Place
Escondido, CA 92029-2900


Balestreri,Potocki, & Holmes
401 B Street, Ste. 1470
San Diego, CA 92101


BayCity Framers
13755 E. Herndon Ave.
Clovis, CA 93619


Bergelectric Corp.
650 Opper St.
Escondido, CA 92029


Betz Concrete, Incorporated
737 W. 4th Avenue
Escondido, CA 92025


Blacklion Enterprises, Inc
9825 Magnolia Ave
Riverside, CA 92503


BMP Contractors, Inc.
11197 Bonnie View Ave
Moreno Valley, CA 92555


Bonelli & Brown Acoustics
PO Box 758
Lakeside, CA 92040


Borneman Plastering, Inc.
13757 Hwy 8 Business
El Cajon, CA 92021

Brassington Caseworks, Inc.
1035 Pioneer Way, Suite 150
El Cajon, CA 92020


Brian Cox Mechanical, Inc.
12155 Kirkham Road
Poway, CA 92064


Burkett & Wong Engineering
9449 Balboa Ave, Ste. 270
San Diego, CA 92123


Burner Sheet Metal, LLC
9749 Cactus Avenue, Ste. A
Lakeside, CA 92040


Burtech Pipeline, Inc.
102 Second Street
Encinitas, CA 92024-3203


Butterfield Schechter
10021 Willow Creek Rd.
Ste. 200
San Diego, CA 92131-3961


Buxcon Sheet Metal, Inc.
11222 Woodside Avenue North
Santee, CA 92071


Cabral Metalfab & Fence, Inc.
3521 Moccasin Ave.
San Diego, CA 92117


Cabrillo Hoist
PO Box 3179
Rancho Cucamonga, CA 91729

Caldwell Glass Inc
8862 Winter Gardens Blvd
Lakeside, CA 92040


Caldwell Specialties, Inc.
12345 Mapleview Street #1
Lakeside, CA 92040


Calif Sheet Metal Works, Inc.
1020 N. Marshall Avenue
El Cajon, CA 92020


California Comfort Sys.USA,Inc
7740 Kenamar Court
San Diego, CA 92121


CAP Construction
P.O. Box 8726
Chula Vista, CA 91912


Capo Valley Fireside
26401 Via De Anza
San Juan Capistrano, CA 92675


Capstone Credit
810 Seventh Ave.
27th Fl
New York, NY 10019


Carroll Metal Works, Inc.
740 W. 16th Street
National City, CA 91950


Casper Company
3825 Bancroft Dr. Ste. 105
Spring Valley, CA 91977

CBSG
22 N. Third St.
Philadelphia, PA 19106


Cement Cutting, Inc.
3610 Hancock Street
San Diego, CA 92110


Centaur General Engineering
2166 Victoria Park Terrace
Alpine, CA 91901


Centrex Data Corporation
3131 Camino del Rio North
Ste. 1400
San Diego, CA 92108


Certified Concrete, Inc.
2317 Auto Park Way
Escondido, CA 92029


Chute Systems
33380 Zeiders Road #106
Menifee, CA 92584


Cintas Corporation  No. 3
P.O. Box 740855
Cincinnati, OH 92108-4341


Cintas FAS Lockbox 636525
P.O. Box 636525
Cincinnati, OH 45263-6525


City Electric Works Inc.
5173 Waring Road #172
San Diego, CA 92120

City of San Diego
PO Box 121536
San Diego, CA 92112-1536


CJ's Interiors, Inc.
7777 Alvarado Road, Ste. 308
La Mesa, CA 91942


Clark Steel Fabricators, Inc.
P.O. Box 1370
Lakeside, CA 92040


Clauss Construction
9911 Maine Avenue
Lakeside, CA 92040


Coast Waste Management Inc.
P.O. Box 947
Carlsbad, CA 92018-0947


Collins Plumbing, Inc.
8130 Commercial Street
La Mesa, CA 91942


Comlink Lasercare
5674 El Camino Real, Ste. B
Carlsbad, CA 92008


Complete Business Sol Gp
22 N 3rd Street
Philadelphia, PA 19106


Comprehensive Glass Work
6950 El Cajon Blvd
San Diego, CA 92115

Concrete Contractors Interst.
12599 Stotler Court
Poway, CA 92064


Concrete Designs, Inc.
3650 S. Broadmont Drive
Tucson, AZ 85713-5247


Concrete North
10695 Twin Cities Road
Galt, CA 95632


Construction Testing & Eng
1441 Montiel Rd #115
Escondido, CA 92026


Cooper Electric
1943 Friendship Drive, Ste. F
El Cajon, CA 92020


Cosco Fire Protection, Inc.
4990 Greencraig Lane
San Diego, CA 92123


Countywide Mechanical
1400 N. Johnson Ave, Suite 114
El Cajon, CA 92020


Cox Communications San Diego
PO Box 53214
Phoenix, AZ 85072-3214


Criterion Systems, Inc.
34700 Pacific Coast Hwy
Ste 206
Capistrano Beach, CA 92624

Crum & Forster Insurance
1 City Blvd E #350
Orange, CA 92868


D.A. Whitacre Construction,Inc
1108 Greenfield Drive
El Cajon, CA 92021


Daiohs U.S.A., Inc.
6496 Marindustry Place
Ste. C
San Diego, CA 92121


Daryl Griffis Acoustics, Inc.
4958 Naples Street
San Diego, CA 92110-3820


Davis Framing Inc.
8103 Commercial Street
La Mesa, CA 91942


DCC General Engineering
2295 Meyers Avenue
Escondido, CA 92029


Dedicated Contracting, Inc.
2317 Auto Parkway
Escondido, CA 92029


Delta Utility Solutions, LLC
1941 Wellington Lane #5
Vista, CA 92081


Demko Drywall Co., Inc.
419 South Marshall Avenue
El Cajon, CA 92020

```
Diamond Environmental
807 E. Mission Road
San Marcos, CA 92069


DLG Contractors
P.O. Box 2361
Alpine, CA 91903


Dynalectric Company
9505 Chesapeake Drive
San Diego, CA 92123-6393


Dynamic Legal Recovery
2534 State St.
San Diego, CA 92101


E.D.D.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280


E.L. Hobbs Inc
1900 West Blvd #215
El Cajon, CA 92020


East & West Alum Craft LTD
7465 Conway Avenue
Burnaby, BC


Economy Tree & Crane Inc.
75651 Chuckawalla Road
Thousand Palms, CA 92276


EDCO Disposal Corporation
P.O. Box 6887
Buena Park, CA 90622-6887
```

Ehmcke Sheet Metal Corp.
P.O. Box 13010
San Diego, CA 92170-3010


Empire Insulation Inc.
4211 Latham St
Riverside, CA 92502


Enterprise FM Trust
PO Box 800089
Kansas City, MO 64180-0089


Enterprise Leasing
P.O. Box 800089
Kansas City, MO 64180


European Wholesale Countertops
10051 Prospect Ave
Santee, CA 92071


Express Contractors, Inc.
11625 Industry Ave
Fontana, CA 92337


Fallbrook Equipment Rentals
235 W. College Street
Fallbrook CA, CA 92028


Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321


Fenton MVH Portfolio LLC
7577 Mission Valley Road
San Diego, CA 92108

Finishing Touch Millwork
6190 Corte Del Cedro
Carlsbad, CA 92011


Phil Finley
1926 Olive Street
Ramona, CA 92065


Force Environmental, Inc.
12288 Rancho Heights Road
Pala, CA 92059


Fuscoe Engineering
6390 Greenwich Drive, Ste. 170
San Diego, CA 92122


G A Abell Inc.
8137 Winter Gardens Blvd.
Lakeside, CA 92040


Gamboa, Inc.
1355 Presioca Street
Spring Valley, CA 91977


General Coatings Corporation
6711 Nancy Ridge Drive
San Diego, CA 92121


Glennie's Office Products, Inc
410 West 5th Ave.
Escondido, CA 92025


GLS Spray Services, Inc.
12527 Kirkham Court, Ste. B
Poway, CA 92064

GM Financial
PO Box 78143
Phoenix, AZ 85062


Go-Staff, Inc.
8798 Complex Drive
San Diego, CA 92123


Gold Coast Fence
P.O. Box 628
Lakewood, CA 90714-0628


GPS Plumbing
P.O. Box 1431
Spring Valley, CA 91979


Guzman Grading & Paving Corp
14030 Rose Avenue
Fontana, CA 92337


H&R Steel
1710 North Magnolia Ave
Ste. 102
El Cajon, CA 92020


Haier US Appliance
PO Box 1780
Rapid City, SD 57709


Hanover Casualty
33 New Montgomery St.
Suite 990
San Francisco, CA 94105


HCI Systems, Inc.
1354 S Parkside Place
Ontario, CA 91761

Heartland Acoustics & Interior
3232 Grey Hawk Court
Carlsbad, CA 92010


Helix Electric, Inc.
6795 Flanders Drive
San Diego, CA 92121


Heritage Construction CO
3959 Ruffin Rd #G
San Diego, CA 92123


HMT Electric Solar Inc.
2340 Meyers Avenue
Escondido, CA 92029


Holiday Carpet & Floor
16600 Sherman Way, Suite 278
Van Nuys, CA 91406


Home Depot Credit Services
PO Box 78047
Phoenix, AZ 85062-8047


Hospitality One Construction
31630 Railroad Canyon Rd
Ste. 2A
Canyon Lake, CA 92584


Hub Construction Speciatlies
P.O. Box 1269
San Bernardino, CA 92402-1269


Huntamer Inc.
613 W Main St
El Cajon, CA 92020

Huntington Pacific Corp
8017 Mission Gorge Road
Santee, CA 92071


Image Source
650 E Hospitality Lane
Ste. 540
San Bernardino, CA 92408


Industrial Fire Sprinkler Inc.
3845 Imperial Ave
San Diego, CA 92113


Inform Projects Partnership
405 Railway Street
Vancouver, BC


Innovative Fire Protection, In
8779 Cotton Ave.
Santee, CA 92071


Interior Plant Service, Inc.
3971 Goldfinch Street, Ste. B
San Diego, CA 92103


Interior Specialties, Inc.
8615 Commerce Avenue
San Diego, CA 92121


J.G. Tate Protection Systems
13771 Danielson Street, Ste. F
Poway, CA 92064


J.P. Witherow Roofing Company
1083 N. Cuyamaca Street
El Cajon, CA 92020

Jobsite Supply Company
4720 Mission Gorge Place
San Diego, CA 92120


Johnson, Finch & McClure Const
9749 Cactus Street
Lakeside, CA 92040-4117


JW Contract Blinds
4655 30th Street
San Diego, CA 92116


KT Construction Inc.
7868 Lester Ave
Lemon Grove, CA 91945


Labor Finders (Poway)
P.O. Box 1242
Poway, CA 92074


Landscape Structures, Inc.
PO BOX 86
Minneapolis, MN 55486-0395


Larry Methvin Installation Inc
501 Kettering Drive
Ontario, CA 91761


LDI Mechanical, Inc.
1587 Bentley Drive, Suite 102
Corona, CA 92879


Leaf
PO Box 742647
Cincinnati, OH 45274-2647

Lumar Metals
599 S East End Ave.
Pomona, CA 91766


Lyons Masonry, Inc.
1850 Tavern Court
Alpine, CA 91901


Karl Maldangesang
San Diego, CA


Marco Crane & Rigging Co.
P.O. BOX 18008
Phoenix, AZ 85005


Mark Beamish Waterproofing,Inc
1732 Reynolds Ave.
Irvine, CA 92614


McBride Door & Hardware, Inc.
13811 Danielson Street
Poway, CA 92064


Joe McCaleb
2375 Louise Court
El Cajon, CA 92020


McLeod Law Group, A.P.C.
701 B Street, Ste. 1570
San Diego, CA 92101


McMahon Engineering
634 Rock Springs Rd.
Escondido, CA 92025

Metropolitan Mapping, Inc.
3712 30th Street
San Diego, CA 92104


Michael Baker Internation, Inc
5 Hutton Center Dr. Ste. 500
Santa Ana, CA 92708


Miller Paving Corp.
9236 Olive Dr.
Spring Valley 91977


Mitsubishi Electric US, Inc.
25480 NETWORK PLACE
Chicago, IL 60673-1254


Modern Masonry
1168 Greenfield Drive
El Cajon, CA 92021


Motivational Systems, Inc.
2200 Cleveland Ave.
National City, CA 91950


Mountain Health & Community
1388 Buckman Springs Rd
Campo, CA 91906


Namvars Inc.
11815 Sorrento Valley Rd
San Diego, CA 92121


Nestle Pure Life
P.O. Box 856158
Louisville, KY 40285-6158

Normac Kitchens Inc.
PO Box 479
Oakboro, NC 28129


Orness Design Group, Inc.
5955 Mira Mesa Blvd. Ste. H
San Diego, CA 92121


Otis Elevator Company
Dept. LA 21684
Pasadena, CA 91185-1684


Overhead Door Corporation
2501 S. State Hwy 121 #200
Lewisville, TX 75067


Pacific Bell Telephone Company
AT&T Services Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921


Pacific Coast Glazing, Inc.
1451 Morena Blvd.
San Diego, CA 92110


Paradigm Mechanical Corp.
6550 Federal Blvd.
Lemon Grove, CA 91945


Paramount Fire Systems, Inc.
P.O. Box 713194
Santee, CA 92072-3194


Parron Hall
9655 Granite Ridge Drive
Ste. 100
San Diego, CA 92123

PBC Commercial, Inc.
1560 W. Lambert Road
Brea, CA 92821


Perfect Window & Doors, Inc.
5980 Fairmount Avenue #108
San Diego, CA 92120


Performance Plumb. & Mech.
3740 Oceanic Way #307
Oceanside, CA 92056


Peterson Brothers Construction
1560 W. Lambert Road
Brea, CA 92821


Philadelphia Indemnity Ins. Co
One Bala Plaza Ste. 100
Bala Cynwyd, PA 19004-1403


Polvera Drywall Corp
8315 Miralani Drive
San Diego, CA 92126


Power Plus
PO Box 31001-1930
Pasadena, CA 91110-1930


Precision Concrete Contractors
1058 Canyon Creek Place
Escondido, CA 92025


Primary Glazing
13995 Vista Sage Place
Jamul, CA 91935

Prime Deliveries, Inc.
4455 Murphy Canyon Road
San Diego, CA 92123


Pro Finish Painting, Inc.
P.O. Box 20406
El Cajon, CA 92021


Procore Technologies, Inc.
6309 Carpinteria Avenue
Carpinteria, CA 93013


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Quality Painting & Wallcvrng
8340 Camino Santa Fe, Ste. F
San Diego, CA 92121-2665


Queen Funding
101 Chase Ave, Suite #208
Lakewood, NJ 08701


R-12 A, LLC
20 Corporate Plaza Dr.
Newport Beach, CA 92660


R.L. Fick & Son Plumbing, Inc.
10740 Kenney Street, Suite 405
Santee, CA 92071


Rand Engineering
P.O. Box 1830
Alpine, CA 91903

RBF Consulting
P.O. Box 515714
Los Angeles, CA 90051-5195


Re:Source Floors, Inc.
9881 Carroll Centre Road
San Diego, CA 92126-4554


Redrock Cable
15215 Alton Pkwy  Suite 200
Irvine, CA 92618


Refrigeration Engineering Inc.
406 So. Johnson Ave.
El Cajon, CA 92020


Region Capital
1022 Avenue M
Brooklyn, NY 11230


Matthew Reno
416 Coastal Hills Dr.
Chula Vista, CA 91914


reproHAUS
9431 Dowdy Drive
San Diego, CA 92101


Resource Floors Inc
9881 Carroll Centre Rd
San Diego, CA 92126


Richardson Steel, Inc.
9102 Harness Street, Ste. A
Spring Valley, CA 91977

Rick Engineering Inc.
5620 Friars Road
San Diego, CA 92110


RIFECO
1654 Catalina Blvd.
San Diego, CA 92107


Rowan Electric
2778 Loker Avenue W
Carlsbad, CA 92010


Safari Company, Inc.
9932 Prospect Ave #141
Santee, CA 92071


Safeguard Business Systems,Inc
P.O. Box 88043
Chicago, IL 60680-1043


Safway Services, LLC
1107 Petree Street #103
El Cajon, CA 92020


Sage CRE Forms/Timberline
P.O. Box 230578
Portland, OR 97281


Salesforce
Landmark @ One Market Street
Ste. 300
San Francisco, CA 94105


San Diego Cosnstruction Servic
2840 Ridgeview Drive
San Diego, CA 92105

San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111


San Diego Granite, Inc.
13026 Stowe Drive, Ste. C
Poway, CA 92064


San Diego Hope Partners
1357 7th Ave.
2nd Floor
San Diego, CA 92101


San Diego Precast Concrete
9702 Prospect Avenue
Santee, CA 92071-4209


San Diego Sheet Metal, Inc.
649 Anita St suite A-5
Chula Vista, CA 91911


Sandstrand Services
4858 Ronson Court, Ste. B
San Diego, CA 92111


Schilling Paradise Corporation
697 Greenfield Drive
El Cajon, CA 92021-2983


Schindler Elevator Corporation
P.O. Box 93050
Chicago, IL 60673-3050


Seacore Industrial Inc.
107 Rincon Ct
San Clemente, CA 92672

Shelby and Sons Inc.
4536 Lee Avenue
La Mesa, CA 91941


Sherwood Mechanical Inc.
6630 Top Gun Street
San Diego, CA 92121


Siemens Industry, Inc.
P.O. Box 2134
Carol Stream, IL 60132-2134


Sierra Pacific West, Inc.
PO Box 231640
Encintas, CA 92023


Signtech Electrical Advertisin
4444 Federal Blvd.
San Diego, CA 92102


Sillman Wright Architects
7515 Metropolitan Drive
Ste. 400
San Diego, CA 92108


Sky Rider Equip. Co., Inc.
1180 N. Blue Gum Street
Anaheim, CA 92806


Smart Systems Technologies Inc
9 Goodyear
Irvine, CA 92618


Snaidero USA, Inc.
20300 S. Vermont Avenue #125
Torrance, CA 90502

South Bay Welding
781 O'Connor Street
El Cajon, CA 92020


SPEC 7, LLC
9749 Catcus Street
Lakeside, CA 92040


Spooner's Woodworks, Inc.
12460 Kirkham Court
Poway, CA 92064


Stallion Shading
7553 Convoy Court
San Diego, CA 92111


Stanford Sign & Awning, Inc.
2556 Faivre Street
Chula Vista, CA 91911


Stanley Access, Inc.
65 Scott Swamp Road
Farmington, CT 06032


Stark Mfg. Co.
76 Broadway
Chula Vista, CA 91910


Steam Diego
2358 University Ave. #1564
San Diego, CA 92104


Structural Inspections, LLC
PO Box 2415
El Cajon, CA 92021

Structures West
300 West Grand Ave. #201
Escondido, CA 92025


Sullivan Moving & Storage
2611 Island View Way
Vista, CA 92081


Summit Erosion Control, Inc.
PO BOX 880335
San Diego, CA 92168


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Sunstate Equipment Co.
P.O. Box 52581
Phoenix, AZ 85072-2581


Superior Door Systems, Inc.
P.O. Box 1386
El Cajon, CA 92022


Superior Roofing
P.O. Box 2635
San Marcos, CA 92079-2635


Surecraft Door & Hardware, Inc
2875 Executive Place
Escondido, CA 92029


Surfacing Solutions, Inc.
27637 Commerce Center Dr
Temecula, CA 92590

Sweetwater Authority
505 Garrett Avenue
Chula Vista, CA 91910


Taylor Trim & Supply, Inc.
2061 Aldergrove Ave.
Escondido, CA 92029


TCA Global Credit
3960 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169


Teas Land Surveying, Inc.
2364 Oakridge Place
Escondido, CA 92026


Telephone Jacks
4585 Maple Drive
Oceanside, CA 92056


Temecula Valley Erosion Contro
19011 Mermack Avenue
Lake Elsinore, CA 92532


Terra Pacific Waste Mgmt
2081 Business Center Dr., #230
Irvine, CA 92617


The City of San Diego
PO Box 129020
San Diego, CA 92112-9020


The Instant Sign Store
6755 Mira Mesa Blvd., #135
San Diego, CA 92121

Third Generation Drywall
PO Box 806
Spring Valley, CA 91976


Thunder-Jones Contracting Grou
2515 Pioneer Ave #1
Vista, CA 92081


TJ Janca Construction, Inc.
2328 N. Batavia Street #105
Orange, CA 92865


Travelers Casualty and Surety
1 Tower Sq.
Hartford, CT 06183


Treasurer - City of San Diego
Water Utilities Department
San Diego, CA 92187-0001


Trench Plate Rental Company
13217 Laureldale Ave
Downey, CA 90242


Trench Shoring Company
206 N. Central Ave.
Compton, CA 90220


Trinity Grading, Inc.
PO Box 175
Temecula, CA 92593


Unique Building Group
8155 Mercury Court, Suite 100
San Diego, CA 92111

United Rentals Northwest, Inc.
File 51122
Los Angeles, CA 90074-1122


Veteran Solutions, Inc.
7054 Carroll Road
San Diego, CA 92121


Vision Service Plan (CA)
P.O. Box 45210
San Francisco, CA 94145-5210


Joseph B Weber
PO Box 420815
San Diego, CA 92142


Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341


Western Alliance Bank
2700 W. Sahara Ave
Las Vegas, NV 89102


Western Fire Protection, Inc.
13630 Danielson Street
Poway, CA 92064


Western Foundations & Shoring
PO Box 1939
Lakeside, CA 92040


Western Grand Openings Inc
1536 W. 228th Street, Suite A
Torrance, CA 90501

WEX BANK
PO Box 6293
Carol Stream, IL 60197-6293


Whitson CM, Inc.
11021 Via Frontera Ste. E
San Diego, CA 92127


Windco Painting
9435 Wheatlands Court, Ste. A
Santee, CA 92071


Windstream Corporation
P.O. Box 9001013
Louisville, KY 40290-1013


Yellowstone Capital West, LLC
116 Nassau Street, Ste. 804
New York, NY 10038


Zuheir Inc
6950 El Cajon Blvd
San Diego, CA 92115

# United States Bankruptcy Court
## Southern District of California

In re   Reno Contracting, Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Reno Contracting, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 11, 2019

Date

/s/ Michael T. O'Halloran CLS-B No.

Michael T. O'Halloran CLS-B No. 99085

Signature of Attorney or Litigant

Counsel for   Reno Contracting, Inc.

Law  Office of Michael T. O'Halloran

110 West A Street, Suite 1100
San Diego, CA 92101-4908
619.233.1727
mto@debtsd.com